RECEIVED
IN MONROE, LA
JUN 1 0 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FREDERIC LUBRON BIRGANS | CIVIL ACTION NO. 09-0926 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA, ET AL. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 23], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 25];

IT IS ORDERED that plaintiff's civil rights complaint alleging false arrest and imprisonment and malicious prosecution be DISMISSED WITH PREJUDICE (to being asserted again if and when the *Heck v. Humphrey* conditions are met) as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.§ 1915(e)(2).

MONROE, LOUISIANA, this 10 day of June, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE